1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES JIMINEZ,

11            Plaintiff,                    No. CIV S-04-1532 LKK JFM P

12        vs.

13   E. TOWNSELL, et al.,

14            Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16            Plaintiff is a former county jail inmate proceeding pro se with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  This matter came on for hearing on April 14, 2005 on defendants'

18   motions to compel production of documents, supplemental responses to interrogatories, and

19   plaintiff's deposition.  Kathleen Williams appeared as counsel for defendants.  There was no

20   appearance at the hearing by or on behalf of plaintiff, nor has plaintiff filed an opposition or other

21   response to any of defendants' motions.

22            It appears that plaintiff may have abandoned this action.   The court possesses the

23   discretionary authority to dismiss an action based on plaintiff's failure to diligently prosecute.

24   See Fed. R. Civ. P. 41(b). Good cause appearing, this matter will be placed on calendar for

25   consideration of dismissal for lack of prosecution.  If plaintiff has any reasons why this action

26   should not be dismissed, he shall submit them by sworn declaration of facts no later than twenty-

1

1   one days prior to the hearing.  This declaration, to which plaintiff may append a supporting

2   memorandum of law, shall include an explanation of the lack of activity in this case and shall list

3   each specific step plaintiff plans to take to prepare this case for trial.  Plaintiff is cautioned that

4   failure to timely file the required declaration will result in a recommendation that this action be

5   dismissed.  Defendants may submit a declaration or memorandum stating their position but are

6   not required to do so.  Defendants' documents, if any, are to be filed no later than fourteen days

7   prior to the hearing.

8           Accordingly, IT IS HEREBY ORDERED that:

9           1.  This matter is set for hearing for consideration of dismissal for lack of

10  prosecution on June 2, 2005, at 11:00 a.m., in Courtroom # 26, before the undersigned.

11          2.  Plaintiff's sworn declaration of facts shall be filed no later than twenty-one

12  days prior to the hearing; Defendants' documents, if any, shall be filed no later than fourteen days

13  prior to the hearing; Plaintiff is cautioned that failure to timely file the required declaration will

14  result in a recommendation that this action be dismissed.

15  DATED:  April 21, 2005.

16

17                                          _____

18                                          UNITED STATES MAGISTRATE JUDGE

19  12
    jimi1532.dlop
20

21

22

23

24

25

26